IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIANNE MCGUIRE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 02-CV-4074** |
| | : | |
| **JENNIFER EGGLESTON, et al.** | : | |
| | : | |

## ORDER

**AND NOW,** this _____ day of August, 2004, counsel for Plaintiff having reported that the issues in the above-captioned action have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above-captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel and without costs.

                                                      **BY THE COURT:**

                                                      _____

                                                      **BRUCE W. KAUFFMAN,   J.**